

United States District Court
Northern District Of Illinois
Eastern Division

**RECEIVED**
JUN 0 6 2008
Jun 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kolawole Smith,

    Plantiff,

Vs

    Defendants,

JURY TRIAL DEMANDED

Walgreen Co

08CV 3271
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

### Complaint

On feb 26,2007 I walked into walgreen located at 12 Canal St to make a purchase.Also on feb.27 28 ,and Mar 5.2007
and all the times .I was harassed and my 14 US Constitution rights was violated many times.But on the last time I taped it to prove
that I was not making this up for money.Like other people and that my civil rights was indeed violated .Also my civil rights under The Civil
Rights Act Of 1964 Sec 201.Because I was just trying to buy some candy to sell .Like I always do and they think I'm stealing follow me.
Violate my civil rights and the manager was laughing. It's all caught on tape he did not care about my rights. They thought I was a theft
when I to do business with them.They never knew that one of their Walgreen workers .Called me candy man because when I came in the daytime.
I would buy a lot of candy but the night workers never knew that.That thought I was a theft because I had two bags with me .So they are thinking that I
was there to steal.But I was there to buy some candy to sell . The security guard even check me one time I was there .Thinking I was stealing when
she saw that I was not.She did not even say I'm sorry for accusing me of stealing .When checking me in front of others customers.So when she did not
find nothing .I told her that she was wrong for what she just did .But she and the manager thought they was above the law.But now its time for justice this is America.

### Cause Of Action

Ok like I was saying at first they following me around the store.And Michelle Strickland the security guard had the nerve to accuse me of stealing.And go in my pocket thinking I had taking something.So when she find out I had not took nothing .She did not even say she was sorry for accusing me of stealing.And going in my pocket looking for something that was never there.So I told her she was wrong for what she just done.But since I came in peace I was not going to forgive her.Now the law is that you have to have a sign up to check bags.I come in the store always with my bag .And I know Walgreens don't check bags at all.Ok but when I come to the walgreen at night to buy the 3 for dollar candy.And by me being homeless at the time I kept a bag of my belongings with me .They were profiling me because I was a Blackman with a bag in my hand.Thinking I CAME TO STEAL but I came to buy some candy.Because Sandra one of the

*[signature]*      6/6/08     1

Walgreen workers .That works the early shift gave me the nickname(Candy man.)Because I would come in the store and buy a lot of candy at one time.And spend I lot of money on the 3 for a dollar candy.But when I came in at night that's when I got harassed and followed .And treated like a theft for no reason at all as soon as I came in the door. She was following me harassing me also it went on for days.So I filed a complaint with the City Of Chicago Commission on Human Relations.Because they had harassed me and violated my 14 amendment and my civil rights under .The 1964 Civil Rights Act of 1964 Sec 201+ 203 they was joking about it .The manager I have him on tape violated my civil rights .And joking saying he will get paid when he go to court.When I was telling that im a good customer.Trying to buy my candy to sell and go .Like I always do and leave but they violated my rights because I was black and homeless.It was all a joke to Walgreen when they was violating my civil rights.So every time I came in they was harassing me .So I said ok I see this is not gone to stop.And they was doing all this to me .And like everybody else that starts trouble then you know what happens next.They call 911 and that's what they did to me.So that's what they did to me .So I keep my camcorder on me at all times.Because I'm in the movie business so its always on me .So I decided to tape how they was treating me .So when I file my suit for them violating my civil rights.Nobody can say that I WAS JUST TRYING TO GET MONEY.Because they will see and hear how they was violating my civil rights.Because anybody can LIE AND TRY TO SUE FOR MONEY .IT HAPPENS ALL THE TIME BUT IF THEY GET CAUGHT ON TAPE .ITS A NOTHER STORY BECAUSE PEOPLE LIE EVERYDAY ALL DAY FOR MONEY .BUT THE TAPE DOES NOT LIE IT JUST PLAYS BACK WHAT IT SAW .NO MATTER WHAT IT SAW IT PLAYS IT BACK THE TRUTH.O k like I was saying they were violating my civil rights .Every time I went in the store to buy something .The law is you have to have up a sign to check bags. And they did not have up a sign because Walgreen's does not check bags.Everybody knows that so they had no RIGHT IN THE 1 PLACE ASKING TO CHECK MY BAG.Because they did not have a sign up you know why?Because Walgreen's don't check bags at all I know this .So when she asked to check my bag I told her.That I come inhere a lot and I know that you don't check bags.So she could not say nothing but she was still following me and harassing me.So this happen for a few days until Mar 5.2007.Thats the day that I filmed how they was treating me .And a little about what I taped on that day to prove my case and show how they was violating my civil rights and laughing.The manager laughing when I said you just gone violate my civil rights.And he was laughing saying how I could go to another store .I told him that I was a good customer but he did not care.H e said leave or they would call the cops .VIOLATING MY CIVIL RIGHTS 14 US CONSTITUTION AND 1964 CIVIL RIGHTS ACT SEC 201.he EVEN SAID HOW I QUOTE HE DID NOT CARE .ABOUT GOING TO COURT I QUOTE HIM AFTER I TOLD HIM .THAT I WOULD  HANDLE THIS THE LEGAL WAY .HE SAID HE DID NOT CARE THAT HE GETS PAID TO GO TO COURT .That he did not care just leave it was all a joke to them. They know if they call the police THEY WILL SIDE WITH THEM.Ok a little about the tape that was recorded on mar 5. 2007.Ok on the tape when you first came in Walgreen .To your left the  glass that's in front of the cash register.Ok as you can see that its not a sign up .But when they see me come in they start putting signs up.ITS TOO LATE FOR THAT THEY SHOULD HAVE NEVER ASKED TO CHECK MY BAG.IN THE FIRST PLACE WHEN THEY DONT CHECK BAGS .NOW WHEN I SAY IM TAK E THEM TO COURT THEY WANT TO PUT SIGNS UPJUST FOR ME.AS SOON AS I COME IN SECURITY TRIES TO HANG UP A CHECK BAG SIGN. BUT THANK KING JESUS ITS ALL ON TAPE.THEY KNEW THEY WAS WRONG FOR HARRASSING AND BARRING ME FROM THE STORE.WHEN I REFUSE FOR THEM TO CHECK MY BAG AND TOLD THEM. KNEW THEY DONT CHECK BAGS IN HERE IM ALWAYS THERE.SO THE TAPE SHOWS THEM TRYING TO PUT SIGNS UP.BECAUSE WHEN I CAME EARLYTHEY SAW I HAD MY CAMERA.SO NOW THEY WANT TO GO BY THE LAW NOW ITS TO LATE .SO THIS TAPE SHOWS THE CONSPIRACY AND COVER UP.Signs start going up as soon as I come in the door .Because they knew they were braking the law .But it was to late they had already violated my CIVIL RIGHTS .So dint try to make no sign now TO COVER UP YOU SINGLING ME OUT .HARASSING ME ACUSING ME OF STEALING ASKING TO CHECK MY BAG WHEN YOU DONT CHECK BAGS.ALSO WHEN I SAID IM TAKE IT THE LEGAL WAY THEN YOU WANT TO PUT SIGNS UP ITS TO LATE  FOR THAT.AND THIS TAPES WILL EXPOSE THEM AND THIER CONSPIRACY TO VIOLATE MY CIVIL RIGHTS.THEN TRY TO MAKE A SIGN TO

COVER IT UP .ITS ALL CAUGHT ON TAPE SHE TRYING TO PUT ON A SIGN UP AS SOON AS I COME IN THE DOOR.THE LADY AT CASH REGISTER PASSES THE SECURITY GUARD A SIGN .TO PUT UP AND WHEN I CAME IN THE STORE THERE WAS NO SIGNS .BUT WHEN I WENT OVER THE TAPE IN SLOW MOTION YOU SEE SIGNS GET PUT UP AND I WAS ONLY IN THERE 6 MIN AND 28 SECONDS.THATS HOW LONG ONE OF THE VIDEO TAPES ARE.PROVING THEM TRYING TO COVER UP PROBALLY SAID IF HE DONT COME IN .WE ARE NOT PUTTING UP THE SIGN BUT IF HE DO THEN WE ARE PUTTING THEM UP. BECAUSE AS SOON AS I WALK IN THE DOOR THEY START TRYING TO PUT UP SIGN .ITS ALL CAUGHT ON TAPE WAITING FOR OUR TRAIL SO THEY WILL BE EXPOSED .FOR WHAT THEY DID TO ME ALSO ON THE TAPE THEY SAY I CANT COME BACK IN STORE .AND I TELL THEM I SPEND MONEY IN HERE SO THEY THREAT TO TO CALL THE COPS .ALSO THE MANANGER LAUGHING THINKING ITS FUNNNY .SAYING LEAVE GO TO A NOTHER STORE IM TELLING HIM I SPEND TO MUCH MONEY HERE.HE WAS JUST TAKING THE SECURITY GUARD SIDE AND DID NOT WANT TO HEARME .HE SAID LEAVE OR IM CALLING COPS AND THAT I COULD NOT BUY NOTHING.AND HOW HE GONE GET PAID BY THE COMPANY TO GO TO COURT .IT WAS ALL A JOKE TO THEM UNTIL I REPORTED THEM TO THE COMMISSION ON HUMAN RELATION.THEN THE SECURITY GUARD WAS NOTY THERE ANY MORE .AND IT WAS NO MORE SIGN PUT UP .THEY WENT BACK TO NO SIGNS THEY JUST MADE THAT SIGN FOR ME .AND WHEN I SAW THE MANAGER HE ASKED ME DID I DROP MY CASE .I TOLD HIM I HAD NO COMMENT ON IT AND HE WALKIED OFF.  BUT THIS TAPES WILL PROVE IM NOT JUST LYING AND SUING FOR MONEY .AND THAT THEY REALLY DID VIOLATE MY 14 US CON AMENDMENT AND CIVIL RIGTH ACT OF 1964  SEC 201+ 203.The whole story is that they don't check bags. And the video shows that as soon as I come in the store.Thats when the so call bag checking sign appear.I was only in the store for like 9 min all together.So it was a cover up for how they treated me.So when they knew I was gone to handle it the legalway.And that I knew something about the law .And they had no right in the first place .To pick me to check my bag when they did not check bags.So this videos is the cover up caught on tape .Them trying to put up signs on Mar. 5 , 2007 after what they did to me. To cover up what they did to me before they put up so call signs.Knowing that they don't check bags at all .And they were just trying to cover up .When they put up the signs on Mar 5 2007 .It was all a conspiracy anyway because they violated my civil rights.And then tried to cover it up a few days later .When they found out I would take them to court.So this tapes is them running trying to cover their tracks.Caught on tape trying to put up signs as soon as they saw me .

<u>Prayer for Relief under the Law</u>

1. Ok for Walgreen's Co violating my 14 US Constitution and my civil rights under the Civil Rights Act Of 1964 Sec 201 +203_.For saying I could not come back in the store .Because they thought I was a theft .And tried to only check my bag when they did not check bags.Acusing me of stealing when I came to buy candy .And saying I could not come back in store calling  the police. Also trying to over up for what they did .And put some sign up after what they did to me .Knowing they singled me out from the start. Then

3

violated my civil rights after I told them they don't check bags.So why are you trying to check my bag like im a theft .Then barring me saying go to another store .And the manager thought it was funny .Saying he will get paid by WalGREEN to court its all on tape .So for them violating my 14 US constitution right + Civil Rights under 1964 Act Sec 201 +203 .Calling the police and barring me from the store and thinking Its funny when I am a good customer .That Sandra the lady who works at the day shift calls (THE CANDYMAN).Because I buy a lot of candy to sell .Then for them to try and cover it up .And try to act like they check bags .The tape shows as soon as I enter the store on the Mar 5 2007 .The lady at the cash register pass the security guard a sign.Then Im only in the store all together like 9 mins .And signs start to appear.I SAW THEM WHEN I SLOWED DOWN THE TAPE. So for al the pain and mental suffering .I demand 5,000,000 in damages for them messing with me .Because I was black and because I had bags with me .I WAS NOT TRYING TO STEAL I WAS JUST HOMELESS AT THE TIME BUT THEY DID NOT CHECK BAGS BUT THEY GOT MAD AND BARRED ME FROM THE STORE CALLED THE POLICE ON ME TO GET ME OUT. WHEN I TOLD THEM I KNOW YOU DON'T CHECK BAGS. O WHY DID YOU SINGLE ME OUT WHEN YOU DID NOT SAY NOTHING TO ANY WHITES YOU ACCUSE ME OF STEALING BARRED ME WHEN I REFUSE TO LET YOU CHECK MY BAG. WHEN YOU AND EVERYBODY THAT GOES IN WALGREEN KNOWS YOU DON'T CHECK BAGS AT ALL AND TRYING TO COVER IT UP AND MAKE AND PUT UP A SIGN .TO JUSTIFYWHAT YOU HAVE DONE TO ME.BUT ITS ALL ON TAPE THANK GOD FOR THAT WAITING FOR THE COURTS AND JURY .TO SEE AND EXPOSE THIS WORKS OF DSARKNESS .SO ALSO FOR PUNITIVE DAMAGES 5,000,000 SO YOU WILL THINK TWICE WHEN YOU .MESS WITH INOCENT PEOPLE IN THE FUTURE.AND FOR JUDGING PEOPLE BY THEIR LOOKS AND NOT BY THEIR ACTION.

4