**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

FILED
JUN 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kolawole Smith
(Please print)

STREET ADDRESS: PO BOX 5290 Chi

CITY/STATE/ZIP: Chi, IL 60680-5290

PHONE NUMBER: 312-929-7483 - 773-734-4709

CASE NUMBER:  08CV 3271
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

Signature: Kolawole Smith

Date: 6/6/08