## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3271 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Smith vs. Walgreen Co. | | |

**DOCKET ENTRY TEXT**

Pro se plaintiff's motion to proceed in forma pauperis [#4] is granted. Status hearing set to July 22, 2008 at 11:00 a.m.

■ [ For further details see text below.]   Docketing to mail notices.

### STATEMENT

Pro se plaintiff Kolawole Smith's complaint and his motion to proceed in forma pauperis are before the court. This court has the power to screen complaints filed by all litigants prior to service, regardless of their fee status, and must dismiss a complaint if it fails to state a claim. 28 U.S.C. § 1915(e)(2)(B); *Rowe v. Shake*, 196 F.3d 778, 783 (7th Cir. 1999). Because Mr. Smith is proceeding pro se, the court has construed his filings liberally. The court finds that Mr. Smith has stated a claim arising under 42 U.S.C. § 1981, and that he is indigent. Accordingly, his motion to proceed in forma pauperis [#4] is granted. He should next serve the defendant with his complaint. In this regard, he is welcome to make an appointment with the attorney at the court's Pro Se Self-Help Assistance Program if he so desires. Appointments can be made in person at the intake desk of the Clerk's Office, 219 S. Dearborn, 20th floor, or by calling (312) 435-5691. This matter is set for status on July 22, 2008, at 11:00 a.m. in Courtroom 2125. At the status, Mr. Smith should be prepared to advise the court regarding the status of his efforts to serve the defendant.

| | Courtroom Deputy Initials: | rs |
|---|---|---|