IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Kolawole Smith** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Case No: 08 CV 3271 |
| ) | |
| **WALGREEN COMPANY,** ) | |
| an Illinois Corporation. ) | Judge Manning |
| ) | |
| ) | Magistrate Judge Schenkier |
| **Defendant.** ) | |

## MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the defendant, WALGREEN COMPANY ("Defendant" or "Walgreen's"), by and through its attorneys, Martin P. Greene, Kevin T. Lee, Riana N. Shipps, and James Singleton of the law firm of GREENE AND LETTS, and moves this Honorable Court for the entry of an order extending the time for defendant to answer or otherwise plead.

1. Defendant, WALGREEN COMPANY received plaintiff's complaint and summons on or about June 18, 2008.

2. The current deadline to answer or otherwise plead is July 8, 2008.

3. Attorneys from the law firm of Greene and Letts received this assignment on July 1, 2008 and filed their appearance on behalf of defendant, WALGREEN COMPANY, on July 2, 2008.

4. Defendant's counsel is requesting time to confer with their client regarding the factual allegations of the complaint.

Therefore, defendant seeks an additional 28 days to answer or otherwise plead to

the complaint, up to and including August 5, 2008.

5.	This motion is made in the interest of justice and not for purposes of delay and will not prejudice any party.

WHEREFORE, Defendant, WALGREEN COMPANY, by and through its attorneys, moves this Honorable Court for entry of an order extending the time to answer or otherwise plead in this matter to and including August 5, 2008.

                Respectfully submitted,

                WALGREEN COMPANY


                By: */s/ Kevin T. Lee*
                      Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
Riana N. Shipps
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\07 02 08-Motion to Extend.wpd