IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Kolawole Smith** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Case No: 08 CV 3271 |
| | ) | |
| **WALGREEN COMPANY,** | ) | |
| an Illinois Corporation. | ) | Judge Manning |
| | ) | |
| | ) | Magistrate Judge Schenkier |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

**TO:**  Kolawole Smith
433 West Harrison
P.O. Box 5290
Chicago, IL 60680-5290

PLEASE TAKE NOTICE that on **Tuesday July 8, 2008** at **11:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Blanche M. Manning** or any Judge sitting in his stead, in Room 2125, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD.**

                                                                      */s/ Kevin T. Lee*
                                                                      Kevin T. Lee

Martin P. Greene
Kevin T. Lee
Riana N. Shipps
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Chicago, IL 60602
312/346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\07 02 08-NOM.wpd

## PROOF OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on **July 2, 2008**:

(**X**)   by electronic notification

( )   by personal delivery

(**X**)   by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

                                              */s/ Kevin T. Lee*
                                                Kevin T. Lee

Martin P. Greene
Kevin T. Lee
Riana N. Shipps
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois  60602
312/346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\07 02 08-NOM.wpd