IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Kolawole Smith** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | Case No: 08 CV 3271 |
| | ) | |
| **WALGREEN COMPANY,** | ) | |
| an Illinois Corporation. | ) | Judge Manning |
| | ) | |
| | ) | Magistrate Schenkier |
| **Defendant.** | ) | |

**MOTION TO EXTEND TIME TO
ANSWER OR OTHERWISE PLEAD**

NOW COMES the defendant, WALGREEN COMPANY ("Defendant" or "Walgreen's"), by and through its attorneys, MARTIN P. GREENE, KEVIN T. LEE, and JAMES L. SINGLETON of the law firm of GREENE AND LETTS, and moves this Honorable Court for the entry of an order extending the time for defendant to answer or otherwise plead.

1. Plaintiff's *pro se* complaint alleges violations of the 42 U.S.C. §2000a and the 14th amendment of the U.S. Constitution.

2. Defendant's response to plaintiff's complaint is currently due on August 5, 2008.

3. Lead counsel for Defendant is currently out of the office due to illness and has been limited in the assistance he can provide with regard to defendant's response to plaintiff's complaint.

4. The complaint filed by the pro se plaintiff in this matter is unclear, convoluted, and repetitive.

5. Based on the foregoing reasons additional time is necessary to consult with various Walgreens Store managers and security personnel regarding the factual allegations of the complaint which span several days, and involve multiple store visits, and different store locations.

6. Therefore, defendant seeks an additional 21 days to answer or otherwise plead to the complaint, up to and including August 26, 2008.

7. This motion is made in the interest of justice and not for purposes of delay and will not prejudice any party.

WHEREFORE, Defendant, WALGREEN COMPANY, by and through its attorneys, moves this Honorable Court for entry of an order extending the time to answer or otherwise plead in this matter to and including August 26, 2008.

Respectfully submitted,

WALGREEN COMPANY


By: /s/ Kevin T. Lee
Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for defendant
111 W. Washington Street, Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\2nd Motion for Extension of Time 080508(2).doc