IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Kolawole Smith** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | Case No: 08 CV 3271 |
| | ) | |
| **WALGREEN COMPANY,** | ) | |
| an Illinois Corporation. | ) | Judge Manning |
| | ) | |
| | ) | Magistrate Judge Schenkier |
|     **Defendant.** | ) | |

## NOTICE OF MOTION

**TO:**   Kolawole Smith
433 West Harrison
P.O. Box 5290
Chicago, IL 60680-5290

    PLEASE TAKE NOTICE that on **Tuesday, August 12, 2008** at **11:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Blanche M. Manning** or any Judge sitting in her stead, in room 2125, 219 South Dearborn, Chicago, Illinois and move the Court pursuant to the attached: **MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**.

                                                 BY: */s/ Kevin T. Lee*
                                                          Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\08 05 08-NOM.doc

## **PROOF OF SERVICE**

The undersigned hereby certifies that the above mentioned documents were served on the above mentioned parties on **August 5, 2008**:

( )     Northern District Court electronic notification

( )     by facsimile

(**X**)   by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

                                                                */s/ Kevin T. Lee*
                                                                Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\08 05 08-NOM.doc