# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Kolawole Smith
                Plaintiff,

v.                                   Case No.: 1:08−cv−03271
                                       Honorable Blanche M. Manning

Walgreen Co
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Defendant's motion for extension of time to 8/26/2008 to answer or otherwise plead [15] is granted. Status hearing set for 8/12/2008 is reset to 8/28/2008 at 11:00 AM. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.