**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **KOLAWOLE SMITH** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     V. | ) | Case No: 08 CV 3271 |
| | ) | |
| **WALGREEN COMPANY,** | ) | |
| **an Illinois Corporation.** | ) | Judge Manning |
| | ) | |
| | ) | Magistrate Judge Schenkier |
|     **Defendant.** | ) | |

## MOTION TO WITHDRAW APPEARANCE

Now comes Riana N. Shipps, of GREENE AND LETTS, who have heretofore appeared for Defendant, WALGREEN COMPANY, and moves for an order of court allowing her to withdraw said appearance. Defendant states in support of such motion as follows:

    1.    Defendant is presently represented by Martin P. Greene, Kevin T. Lee, James Singleton, and Riana N. Shipps of the law firm of Greene and Letts. An appearance listing these attorneys were filed on July 2, 2008.

    2.    Riana N. Shipps is no longer with the law firm of Greene and Letts. Consequently, the law firm of Greene and Letts wishes to withdraw the appearance of Riana N. Shipps.

    3.    Pursuant to the affidavit attached hereto as Exhibit A, Riana N. Shipps, who has heretofore appeared for defendant, WALGREEN COMPANY, seeks leave of court to withdraw her appearance.

WHEREFORE, defendant prays this Honorable Court grant its motion to withdraw the appearance of Riana N. Shipps on behalf of the defendant, WALGREEN COMPANY and for such other and further relief as this honorable court deems just and equitable.

                                                                             */s/ Riana N. Shipps*
                                                                             Riana N. Shipps

Martin P. Greene
Kevin T. Lee
James Singleton
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington Street
Suite 1650
Chicago, Illinois 60602
312/346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\08 08 08-Motion to Withdraw Appearance.wpd

## Exhibit A

## Affidavit of
## Riana N. Shipps

Riana N. Shipps, who have heretofore appeared as counsel for defendant, WALGREEN COMPANY, moves for an order of court allowing her leave to withdraw her appearance as counsel for defendant, WALGREEN COMPANY.

*[signature]*
Riana N. Shipps

Subscribed and Sworn to before me
this 8th day of August, 2008

*[signature]*
Notary Public

Official Seal
Tiesheia Q.L. Brown
Notary Public State of Illinois
My Commission Expires 05/24/2010