# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3271 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Kolawole Smith vs. Walgreen Company | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw appearance of Riana N. Shipps, of Greene and Letts [18] is granted. Riana N. Shipps is granted leave to withdraw her appearance on behalf of defendant, Walgreen Company. No appearance is necessary on 8/14/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|

Case 1:08-cv-03271　Document 20　Filed 08/13/2008　Page 1 of 1

08C3271 Kolawole Smith vs. Walgreen Company　　　　　　　　　　　　　　　　　　　　　Page 1 of 1