IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| KOLAWOLE SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> ) <br> ) <br> WALGREEN COMPANY ) <br> Defendant. ) | Case No.: 08CV 3271 <br><br> Judge: MANNING <br><br> Magistrate: BROWN |

**DEFENDANT WALGREEN COMPANY'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

NOW COMES the defendant, **WALGREEN COMPANY ("Walgreens" or "Defendant")** by and through its attorneys, MARTIN P. GREENE, KEVIN T. LEE and JAMES L. SINGLETON of the law firm of **GREENE AND LETTS**, and hereby submits its answer and affirmative defenses as follows:

**ALLEGATION NO. 1:**

On feb [sic] 26, 2007 I walked into Walgreen located at 12 Canal St to make a purchase. Also on feb. [*sic*] 27 28, and Mar 5. 2007 and all the times. I was harassed and my 14 US Constitution [*sic*] Rights was violated many times. [1]

**ANSWER:** Defendant admits that Plaintiff visited the Walgreens Store located at 501 Roosevelt Road (SWC of Roosevelt and Canal Street, Walgreens Store # 4461) on or about February 26, 27, 28, and March 5, of 2007. Defendant has insufficient knowledge or information as to Plaintiff's reason for visiting the Walgreens location on those dates. Defendant denies the remaining allegations contained in this paragraph.

---

[1] Defendant is responsible for the formatting and paragraph breaks of Plaintiff's Complaint as they appear in Defendant's Answer.

**ALLEGATION NO. 2:**

But on the last time I taped it to prove that I was not making this up for money.

**ANSWER:**  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**ALLEGATION NO. 3:**

Like other people and that my Civil Rights was [*sic*] indeed violated. Also my Civil Rights under the Civil Rights Act of 1964 Sec 201[*sic*].

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 4:**

Because I was just trying to buy some candy to sell.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**ALLEGATION NO. 5:**

Like I always do and they think I'm stealing follow me [*sic*].

**ANSWER:**  Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 6:**

Violate my Civil Rights and the manager was laughing. It's all caught on tape he did not care about my Rights.

**ANSWER:**  Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 7**

They thought I was a theft [*sic*] when I to do business with them [*sic*]

**ANSWER:**  Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 8**

They never knew that one of their Walgreen workers. Called me candy man because when I came in the daytime. I would buy a lot of candy but the night workers never knew that.

2

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 9

That [*sic*] thought I was a theft [*sic*] because I had two bags with me. SO [*sic*] they are thinking that I was there to steal. But I was there to buy some candy to sell.

**ANSWER:** Upon information and belief, Defendant admits that Plaintiff entered Store #4461 on or about February 26, 2008 with bags. Defendant is without knowledge or information regarding Plaintiff's intentions. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 10

The security guard even check [*sic*] me one time I was there. Thinking I was stealing when she saw that I was not.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## ALLEGATION NO. 11

She did not even say I'm sorry for accusing me of stealing. When checking me in front of others customers.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## ALLEGATION NO. 12

So when she did not find nothing [*sic*]. I told her that she was wrong for what she just did.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## ALLEGATION NO. 13

But she and the manager thought they was above the law. But now its time for justice this is America.

3

**ANSWER:** Defendant is without knowledge as to what the security guard thought.  Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 14

Ok like I was saying at first they following me around the store.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 15

And Michelle Strickland the security guard had the nerve to accuse me of stealing. And go in my pocket thinking I had taking something.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

### ALLEGATION NO. 16

SO [sic] when she find out I had [sic] not took nothing. She did not even say she was sorry for accusing me of stealing. And going in my pocket looking for something that was never there.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

### ALLEGATION NO. 17

So I told her she was wrong for what she [sic] just done. But since I came in peace I was not going to forgive her.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

### ALLEGATION NO. 18

Now the law is that you have to have a sign up to check bags. I come in the store always with my bag. And I know Walgreens don't check bags at all.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the Plaintiff's allegations regarding always coming in the store with his bag.  Defendant denies the remaining allegations contained in this paragraph.

**ALLEGATION NO. 19**

Ok but when I come to the Walgreen at night to buy the 3 for [*sic*] dollar candy. And by me being homeless at the time I kept a bag of my belongings with me.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

**ALLEGATION NO. 20**

They were profiling me because I was [*sic*] a Blackman [*sic*] with a bag in my hand. Thinking I CAME TO STEAL but I came to buy some candy.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief regarding Plaintiff's allegations concerning his motivation for entering Walgreens Store #4461. Defendant denies any remaining allegations contained in this paragraph.

**ALLEGATION NO. 21**

Because Sandra one of the Walgreen workers. That works the early shift gave me the nickname (Candy man.) Because I would come in the store and buy a lot of candy at one time. And spend I lot of money on the 3 for a dollar candy.

**ANSWER:** Defendant admits that Sandra is a Walgreens Associate at Store #4461 who works during the day. Defendant admits on information and belief that Plaintiff has purchased "a lot of candy at one time" and "spent a lot of money on three for a dollar candy" during visits to Store #4461. Defendant denies any remaining allegations contained in this paragraph.

**ALLEGATION NO. 22**

But when I came in at night that's when I got harassed and followed. And treated like a theft [*sic*] for no reason at all as soon as I came in the door. She was following me harassing me also it went on for days.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 23**

So I filed a complaint with the City Of Chicago Commission on Human Relations. Because they had harassed me and violated my 14 [sic] amendment and my Civil Rights under. The 1964 Civil Rights Act of 1964 Sec 201+ 203 they was joking about it.

**ANSWER:** Defendant admits that Plaintiff filed two separate complaints (Charges 07P17 and 07P26) with the City of Chicago's Commission on Human Relations alleging violations by Defendant of the Chicago Human Rights Ordinance. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 24

The manager I have him on tape violated my Civil Rights. And joking saying he will get paid when he go to court.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 25

When I was telling that im [sic] a good customer. Trying to buy my candy to sell and go. Like I always do and leave but they violated my Rights because I was black and homeless.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 26

It was all a joke to Walgreen when they was violating my Civil Rights. So every time I came in they was harassing me.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 27

So I said ok I see this is not gone [sic] to stop. And they was doing all this to me.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 28

And like everybody else that starts trouble then you know what happens next. They call 911 and that's what they did to me. So that's what they did to me.

**ANSWER:** Defendant admits its employees will "Call 911" regarding persons that "start trouble" and that an employee did so with regard to Plaintiff. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 29

So I keep my camcorder on me at all times. Because I'm in the movie business so its always on me. So I decided to tape how they was treating me.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph. Defendant denies any mistreatment of Plaintiff.

## ALLEGATION NO. 30

So when I file my suit for them violating my Civil Rights. Nobody can say that I WAS JUST TRYING TO GET MONEY. Because they will see and hear how they was violating my Civil Rights.

**ANSWER:** Defendant denies any and all allegations of misconduct on the part of Defendant.

## ALLEGATION NO. 31

Because anybody can LIE AND TRY TO SUE FOR MONEY. IT HAPPENS ALL THE TIME BUT IF THEY GET CAUGHT ON TAPE. IT'S A NOTHER [sic] STORY BECAUSE PEOPLE LIE EVERYDAY ALL DAY FOR MONEY.

**ANSWER:** Defendant denies any and all allegations of misconduct on the part of Defendant.

## ALLEGATION NO. 32

BUT THE TAPE DOES NOT LIE IT JUST PLAYS BACK WHAT IT SAW. NO MATTER WHAT IT SAW IT PLAYS IT BACK THE TRUTH.

**ANSWER:** Defendant denies any and all allegations of misconduct on the part of Defendant.

## ALLEGATION NO. 33

7

Ok like I was saying they were violating my Civil Rights. Every time I went in the store to buy something.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 34

The law is you have to have up a sign to check bags. And they did not have up a sign because Walgreen's does not check bags.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 35

Everybody knows that so they had no RIGHT IN THE 1 [*sic*] PLACE ASKING TO CHECK MY BAG. Because they did not have a sign up you know why? Because Walgreen's don't check bags at all I know this.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 36

So when she asked to check my bag I told her. That I come inhere [sic] a lot and I know that you don't check bags. So she could not say nothing but she was still following me and harassing me.

**ANSWER:** Upon information and belief, Defendant admits that Plaintiff entered Walgreens Store #4461 on or about February 26, 2007 and that the security guard on duty, Michelle Strickland, asked Plaintiff to check his bags. Defendant admits that Plaintiff disregarded Strickland's request that he check his bags and began shopping. Defendant admits on information and belief that Strickland followed Plaintiff for a portion of the time he was in Walgreens Store #4461. Defendant denies Plaintiff's allegation that Walgreens Store #4461 does not, at specific times, request that customers check their bags upon entry of the store. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 37

So this happen for a few days until Mar 5.2007.That's the day that I filmed how they was treating me. And a little about what I taped on that day to prove my case and show how they was violating my Civil Rights and laughing.

**ANSWER:** Upon information and belief, Defendant admits that Plaintiff entered Store #4461 on or about March 5, 2007.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff's videotaping of any of Plaintiff's store visits. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 38

The manager [*sic*] laughing when I said you just gone [*sic*] violate [*sic*] my Civil Rights. And he was laughing saying how I could go to another store.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 39

I told him that I was a good customer but he did not care He said leave or they would call the cops.

**ANSWER:** Defendant admits that the manager on duty at Walgreens #4461 requested that Plaintiff leave the store or the police would be called. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 40

VIOLATING MY CIVIL RIGHTS 14 [*sic*] US CONSTITUTION AND 1964 CIVIL RIGHTS ACT SEC 201. HE EVEN SAID HOW I QUOTE HE DID NOT CARE. ABOUT GOINT TO COURT I QUOTE HIM AFTER I TOLD HIM. THAT I WOULD HANDLE THIS THE LEGAL WAY. HE SAID HE DID NOT CARE THAT HE GETS PAID TO GO TO COURT.

**ANSWER:** Defendant admits that the manager on duty at Walgreens #4461 requested that Plaintiff leave the store or the police would be called. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 41

9

That he did not care just leave it was all a joke to them. They know if they call the police THEY WILL SIDE WITH THEM.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 42

Ok a little about the tape that was recorded on mar [sic] 5. 2007.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## ALLEGATION NO. 43

Ok on the tape when you first came in Walgreen. TO [sic] your left the glass that's in front of the cash register. Ok as you can see that its not a sign up. But when they see me come in they start putting signs up.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 44

ITS TOO LATE FOR THAT THEY SHOULD HAVE NEVER ASKED TO CHECK MY BAG. IN THE FIRST PLACE WHEN THEY DON'T CHECK BAGS. NOW WHEN I SAY IM [sic] TAKE [sic] THEM TO COURT THEY WANT TO PUT SIGNS UPJUST FOR ME. AS SOON AS I COME IN SECURITY TRIES TO HANG UP A CHECK BAG SIGN.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 45

BUT THANK KING JESUS ITS ALL ON TAPE. THEY KNEW THEY WAS WRONG FOR HARRASSING AND BARRING ME FROM THE STORE.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 46

WHEN I REFUSE FOR THEM TO CHECK MY BAG AND TOLD THEM. [*sic*] KNEW THEY DON'T CHECK BAGS IN [*sic*] HERE IM ALWAYS THERE.

**ANSWER:** Defendant admits that Plaintiff refused to check his bags. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 47

SO THE TAPE SHOWS THEM TRYING TO PUT SIGNS UP BECAUSE WHEN I CAME EARLYTHEY SAW I HAD MY CAMERA. SO NOW THEY WANT TO GO BY THE LAW NOW ITS TO LATE. SO THIS TAPE SHOWS THE CONSPIRACY AND COVER UP.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 48

Signs start going up as soon as I come in the door. Because they knew they were braking [*sic*] the law. But it was to [*sic*] late they had already violated my CIVIL RIGHTS.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 49

So didn't try to make no sign now TO COVER UP YOU SINGLING ME OUT. HARASSING ME ACUSING ME OF STEALING ASKING TO CHECK MY BAG WHEN YOU DON'T CHECK BAGS. ALSO WHEN I SAID IM [*sic*] TAKE IT THE LEGAL WAY THEN YOU WANT TO PUT SIGNS UP ITS TO [*sic*] LATE FOR THAT.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 50

AND THIS TAPES [*sic*] WILL EXPOSE THEM AND THEIR CONSPIRACY TO VIOLATE MY CIVIL RIGHTS. THEN TRY TO MAKE A SIGN TO COVER IT UP. ITS ALL CAUGHT ON TAPE SHE TRYING TO PUT ON A SIGN UP AS SOON AS I COME IN THE DOOR.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 51

THE LADY AT CASH REGISTER PASSES THE SECURITY GUARD A SIGN. TO PUT UP AND WHEN I CAME IN THE STORE THERE WAS NO SIGNS.

**ANSWER:** Defendant admits that there was a sign posted near the store entrance requesting customers to check bags. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 52

BUT WHEN I WENT OVER THE TAPE IN SLOW MOTION YOU SEE SIGNS GET PUT UP AND I WAS ONLY IN THERE 6 MIN AND 28 SECONDS. THAT'S HOW LONG ONE OF THE VIDEO TAPES ARE.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 53

PROVING THEM TRYING TO COVER UP PROBALLY SAID IF HE DON'T COME IN. WE ARE NOT PUTTING UP THE SIGN BUT IF HE DO THEN WE ARE PUTTING THEM UP.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 54

BECAUSE AS SOON AS I WALK IN THE DOOR THEY START TRYING TO PUT UP [*sic*] SIGN. ITS ALL CAUGHT ON TAPE WAITING FOR OUR TRAIL [*sic*]  SO THEY WILL BE EXPOSED. FOR WHAT THEY DID TO ME ALSO ON THE TAPE THEY SAY I CANT [*sic*] COME BACK IN STORE.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 55

AND I TELL THEM I SPEND MONEY IN HERE SO THEY THREAT [*sic*] TO CALL THE COPS. ALSO THE MANAGER LAUGHING THINKING ITS FUNNY. SAYING LEAVE GO TO ANOTHER STORE IM TELLING HIM I SPEND TO [*sic*] MUCH MONEY HERE.

**ANSWER:** Defendant admits that Plaintiff patronized Walgreens Store #4461. Defendant admits that the store's management called the police to escort Plaintiff out of the store. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 56

HE WAS JUST TAKING THE SECURITY GUARD SIDE AND DID NOT WANT TO HEARME [*sic*]. HE SAID LEAVE OR IM CALLING COPS AND THAT I COULD NOT BUY NOTHING. AND HOW HE GONE [*sic*] GET PAID BY THE COMPANY TO GO TO COURT.

**ANSWER:** Defendant admits that Plaintiff was given the option to leave the store of his own accord without making any purchases or risk being escorted out by the police. Defendant admits that the store's management called the police to escort Plaintiff out of the store. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 57

IT WAS ALL A JOKE TO THEM UNTIL I REPORTED THEM TO THE COMMISSION ON HUMAN RELATION.

**ANSWER:** Defendant admits that Plaintiff filed two separate complaints (Charges 07P17 and 07P26) with the City of Chicago's Commission on Human Relations alleging

violations on the part of the Defendant of the Chicago Human Rights Ordinance. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 58

THEN THE SECURITY GUARD WAS NOT THERE ANY MORE [*sic*]. AND IT WAS NO MORE SIGN [*sic*] PUT UP. THEY WENT BACK TO NO SIGNS THEY JUST MADE THAT SIGN FOR ME.

**ANSWER:** Defendant admits that Walgreens Store # 4461 no longer employs A&R Security, the employer of Michelle Strickland. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 59

AND WHEN I SAW THE MANAGER HE ASKED ME DID I DROP MY CASE. I TOLD HIM I HAD NO COMMENT ON IT AND HE WALKED OFF.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 60

BUT THIS TAPES WILL PROVE IM NOT JUST LYING AND SUING FOR MONEY. AND THAT THEY REALLY DID VIOLATE MY 14 US CON AMENDMENT AND CIVIL RIGTH ACT OF 1964 SEC 201+ 203.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 61

The whole story is that they don't check bags. And the video shows that as soon as I come in the store. That's when the so call bag checking sign appear [*sic*].

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 62

I was only in the store for like 9 min all together. SO [*sic*] it was a cover up for how they treated me.

**ANSWER:** Defendant is without knowledge of how long Plaintiff was in the store. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 63

So when they knew I was gone to handle it the legalway [*sic*]. And that I knew something about the law. And they had no right in the first place. To pick me to check my bag when they did not check bags.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 64

So this videos [*sic*] is the cover up caught on tape. Them trying to put up signs on Mar. 5, 2007 [*sic*] after what they did to me. To cover up what they did to me before they put up so call signs. Knowing that they don't check bags at all. And they were just trying to cover up.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 65

When they put up the signs on Mar 5 2007. It was all a conspiracy anyway because they violated my Civil Rights. And they tried to cover it up a few days later. When they found out I would take them to court.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 66

SO [*sic*] this tapes is them running trying to cover their tracks. Caught on tape trying to put up signs as soon as they saw me.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 67

Ok for Walgreen's CO [*sic*] violating my 14 US Constitution [*sic*] and my Civil Rights under the Civil Rights Act of 1964 Sec 210+203.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 68

For saying I could not come back in the store. Because they thought I was a theft [*sic*]. And tried to only check my bag when they did not check bags. Acusing [*sic*] me of stealing when I came to buy candy. And saying I could not come back in store calling the police.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 69

Also trying to over [*sic*] up for what they did. And put some sign up after what they did to me. Knowing they singled me out from the start.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 70

Then violated my Civil Rights after I told them they don't check bags. SO [*sic*] why are you trying to check my bag like im [*sic*] a theft.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

## ALLEGATION NO. 71

Then barring me saying go to another store [*sic*].

**ANSWER:** Defendant admits that Assistant Manager Domingo Feliciano requested that Plaintiff not return to Walgreens Store #4461. Defendant denies any remaining allegations contained in this paragraph.

## ALLEGATION NO. 72

And the manager thought it was funny. Saying he will get paid by WalGREEN [*sic*] to court its all on tape.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

**ALLEGATION NO. 73**

So for them violating my 14 US constitution right + Civil Rights under 1964 Act Sec 201+203. Calling the police and barring me from the store and thinking its funny when I am a good customer.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 74**

That Sandra the lady who works at the day shift calls (THE CANDYMAN). Because I buy a lot of candy to sell.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 75**

Then for them to try and cover it up. And try to act like they check bags.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 76**

The tape shows as soon as I enter the store on the Mar 5 2007 [*sic*]. The lady at the cash register pass [*sic*] the security guard a sign.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

**ALLEGATION NO. 77**

Then Im [*sic*] only in the store all together like 9 mins [*sic*] And signs start to appear.

**ANSWER:** Defendant is without knowledge as to how long Plaintiff was in store. Defendant denies any remaining allegations contained in this paragraph.

**ALLEGATION NO. 78**

I SAW THEM WHEN I SLOWED DOWN THE TAPE.

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 79

So for al [*sic*] the pain and mental suffering. I demand 5,000,000 in damages for them messing with me. Because I was black and because I had bags with me.

**ANSWER:** Defendant admits that Plaintiff appears to be black and that he had bags with him on occasion when he visited store #4461. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 80

I WAS NOT TRYING TO STEAL I WAS JUST HOMELESS AT THE TIME BUT THEY DID NOT CHECK BAGS BUT THEY GOT MAD AND BARRED ME FROM THE STORE CALLED THE POLICE ON ME TO GET ME OUT WHEN I TOLD THEM I KNOW YOU DON'T CHECK BAGS.

**ANSWER:** Defendant admits that on or about February 28, 2007, police were called to escort Plaintiff out of the store. Defendant admits that Plaintiff was asked not to return to Walgreens store # 4461. Defendant is without knowledge or information sufficient to form a belief regarding Plaintiff's living situation or motivations. Defendant denies any remaining allegations contained in this paragraph.

### ALLEGATION NO. 81

O [*sic*] WHY DID YOU SINGLE ME OUT. WHEN YOU DID NOT SAY NOTHING TO ANY WHITES YOU ACCUSE ME OF STEALING BARRED ME WHEN I REFUSE TO LET YOU CHECK MY BAG.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

### ALLEGATION NO. 82

WHEN YOU AND EVERYBODY THAT GOES IN WALGREEN KNOWS YOU DON'T CHECK BAGS AT ALL AND TRYING TO COVER IT UP AND MAKE [*sic*] AND PUT UP A SIGN. TO JUSTIFY WHAT YOU HAVE DONE TO ME.

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**ALLEGATION NO. 83**

BUT ITS ALL ON TAPE THANK GOD FOR THAT WAITING FOR THE COURTS AND JURY. TO SEE AND EXPOSE THIS WORKS OF DSARKNESS [*sic*].

**ANSWER:** Defendant is without knowledge or information as to what is on any videotape as it has not been provided to Defendant. Defendant denies any remaining allegations contained in this paragraph.

**ALLEGATION NO. 84**

SO ALSO FOR PUNITIVIE DAMAGES 5,000,000 SO YOU WILL THINK TWICE WHEN YOU. MESS WITH INOCENT PEOPLE IN THE FUTURE. AND FOR JUDGING PEOPLE BY THEIR LOOKS AND NOT BY THEIR ACTIONS

**ANSWER:** Defendant denies the allegations contained in this paragraph.

**WHEREFORE**, Defendant, **WALGREEN CORPORATION**, prays that this Honorable Court strike Plaintiff's Complaint and dismiss any cause of action stated therein and further award Defendant its costs incurred herein.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's complaint alleges a violation of his Civil Rights under the Fourteenth Amendment of the United States Constitution. Plaintiff's aforesaid claim must fail as the provisions of the Fourteenth Amendment denying any person equal protection of the law apply exclusively to state actions, and have no reference to acts of private entities. *The Civil Rights Cases,* 109 U.S. 3, 21 (1983). Under the Fourteenth Amendment, it is state action of a particular character that is prohibited; an individual invasion of individual Rights is not the subject-matter of the Amendment. *Id.* Walgreens is not a state actor but is a private entity, and as such does not come under the intended purview of the 14th Amendment.

**WHEREFORE**, Defendant, **WALGREEN COMPANY,** prays that this Honorable Court strike the Plaintiff's Complaint and dismiss any cause of action stated therein and further award defendant its costs incurred herein.

### SECOND AFFIRMATIVE DEFENSE

To the extent that Plaintiff's theory of liability is based upon the actions of Security Guard, Michelle Strickland, Walgreens is not responsible for Strickland's actions as she was not a Walgreens employee.  Strickland was an employee of A&R Security Services, Inc. ("A&R Security").  There was an independent contractor relationship between Walgreens and A&R Security.  As such, Walgreens is not responsible for the actions of A&R Security employees.

**WHEREFORE**, Defendant, **WALGREEN COMPANY,** prays that this Honorable Court strike the Plaintiff's Complaint and dismiss any cause of action stated therein and further award defendant its costs incurred herein.

Respectfully Submitted,

**Walgreen Company**

By: */s/ Kevin T. Lee*
Kevin T. Lee

Martin P. Greene
Kevin T. Lee
James Singleton
Attorneys for defendant
GREENE AND LETTS
111 West Washington, Ste. 1650
Chicago, Illinois 60604
(312) 346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\08 26 08-Defendants Answer to Complaint.doc