**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KOLAWOLE SMITH, | ) | |
| Plaintiff, | ) ) | Case No.: 08CV 3271 |
| and | ) ) | Judge: Manning |
| WALGREEN COMPANY | ) ) | Magistrate: BROWN |
| Defendant. | ) ) | |

**NOTICE OF FILING**

**TO:**   Kolawole Smith
433 West Harrison
P.O. Box 5290
Chicago, IL 60680-5290

PLEASE TAKE NOTICE that on **August 26, 2008**, I caused to be filed with the Clerk of the United States District Court or the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, the attached: **DEFENDANT WALGREEN COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT.**

>                    */s/ Kevin T. Lee*
>                    Kevin T. Lee

GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\08 26 08-NOF.wpd

**PROOF OF SERVICE**

    The undersigned hereby certifies that the above mentioned documents were served on the above mentioned parties on **August 26, 2008**:

( )    by personal service

(**X**)    by placing a copy of same in an envelope properly addressed and stamped and placing envelope in a U.S. Mail Box at 111 West Washington Street, Chicago, Illinois.

                                  */s/ Kevin T. Lee*
                                  Kevin T. Lee

GREENE AND LETTS
Attorneys for Defendant
111 West Washington Street
Suite 1650
Chicago, Illinois 60602
(312) 346-1100
X:\WALGREENS\SMITH 0070-00012\Pleadings\08 26 08-NOF.wpd